U.S. District Court
Janet Palmer-Carri

vs

Dept. of Veteran Affairs
(United States of America 28 USC Sec 1346b-2671)

RECEIVED
JUL 18 2013
AT 8:30_____M
WILLIAM T. WALSH, CLERK

Complaint

13-4375 (KM)

Janet Palmer-Carri — 126d Boyden Ave.
                     Maplewood, NJ 07040

Department of Veterans Affairs  810 Vermont Ave.
                                Washington, DC 20420

I am a 100% Service Connected disabled veteran diagnosed with Post Traumatic Stress Disorder (PTSD).

The VA medical Center in East Orange doctors misdiagnosed me w/ numerous GI Disorders. Initial lawsuit papers believed to be stolen from unit.

Also psychologically which I believe was done for fraudulent reasons-- (VA too)

They also caused medical & dental "mistakes" which I don't believe were mistakes. They have been blocking & interfering with my outside medical and dental care and refuse to pay for any treatment on the outside. I am currently paying for treatments out of pocket and was forced to utilize ex husbands insurance until I was told I'm not authorized to do so.

Filed previous lawsuit against VA with Dept of Veteran Affairs - in Brooklyn & Washington DC. No response to date, told to file in US District Court. So I am now filing this requesting more monetary damages due to ongoing interference, suffering and

2 of 3

new medical discovery.

See Attachments

I would like the Court to rule in my favor for $55,000,000.00 (FIFTY-FIVE MILLION) for All future medical & dental treatment to be paid for & that the doctors/dentist responsible to be relieved of there duties so they are not allowed to do what was done to me done to anyone else.

*Janet Palmer-Caser*

3 of 3

April 12, 2010

Office of the Regional Counsel
 DVA Medical Center
Attn: Max Shemtob Esq.
800 Poly Place. Bldg 14
Brooklyn, NY 11209

From: Ms. Janet Demir-Carri (P0502)
126d Boyden Avenue
Maplewood, NJ 07040
973-508-8383

To whom it may concern: (Mr. Max Shemtob),

I was given this form to fill out on my own. I was told I had 90 days to do so and thought that time had passed until I recently read the back of this form which stated 2 years. I have made several attempts to get help w/ the patient advocate, Mrs. Kersta Anderson Jamis, who gave me this form, but unfortunately I've been unsuccessful. Due to the nature of my disabilities I am attempting to complete this in spite of my disability. I have attempted to get legal representation on so many occassions and I have been unsuccessful to date because I believe the VA is sabotaging all my efforts just like there sabotaging my efforts to get dental treatment although I was authorized for fee basis.

(1) of 2

Every dentist doctor I attempt to get the VA dental clinic creates some kind of problem or denies them. The Only dentist they seem to want to approve/or has approved is one who wants to charge $30,000 for treatment and who is not very good, thus my reason for not attending that dentist. They keep telling me it cost too much at other dentist yet there willing to pay $30,000 for a dentist of there choice. My dental problems are worsening & I need help this problem before I'm reduced to dentures, which seems to be just fine w/Her. I hope you I have furnished you w/ all necessary information if I have not I will try and do so. I was recently diagnosed w/ ulcerative colitis from an outside doctor. I no longer get my care from the VA. My GI problems & dental problems are 2 of my main personal injury problems. & blood pressure medicine given that almost got me killed, & wiped out my memory. I couldn't remember my sons birthday, his age, my age etc. Thank you.

Sincerely

Janet Palmer-Carr - (P0502)

Enclosed 17 page document.

2 of 2

April 3, 2012

Ms. Janet Palmer-Carri
126d Boyden Avenue
Maplewood, NJ 07040
973-508-8383

To: Department of Veterans Affairs
General Counsel (021b)
810 Vermont Avenue. NW
Washington, DC 20420

Department of Veteran Affairs
Office of Regional Counsel
800 Poly Place, Bldg 14
Brooklyn, NY 11209

Subj: Request for Reconsideration / Appeal
Janet Palmer-Carr. v. Dept of Veterans Affairs
REF: 630-04/02m        (United States of America 28 USC
                        Section 1346 B + 2671)

Additional Information to Appeal.

To Whom It May Concern:

In an effort to send off the Appeal before the deadline, some information I believe to be important was left out of the appeal. I need to advise you that I suffered for more than 5 years. My condition progressed

therefore, I am forced to file this on my own, with no legal experience, which should be taken into consideration.

The parties involved must be held accountable for their negligence. All of my suffering could have been avoided had I been given the proper care + treatment. I believe there is no excuse for allowing me to suffer, as long as I was made to suffer when I was treated by doctors who supposedly specialized in diagnosing + treating the conditions for which I was finally diagnosed with. I fail to understand how doctors, with many years of experience, who took an oath to help heal, could possibly make the kind of errors in diagnosing and the treatment of my condition, that is if they really were errors. (I'm not a doctor but I do know that most of what was done or not done to me should + could have been avoided. I still suffer as a result of their negligence, Not just physically but mentally as well. I find it difficult to trust any doctor and w/ good reason. My condition would have never gotten to this point had they treated me properly.

Imagine being diagnosed with conditions you didn't & don't have and given medicines that treat those conditions, which were causing more damage.

Imagine going to the Emergency Room (VA) in pain, on numerous occassions and being told, its all in your head, Its psychological psychological, there's nothing wrong with you. and then being sent a psychiatrist over to treat you rather that a medical doctor to treat your REAL not imagined pain.

Imagine living your life in the bathroom, suffering and wishing that God would take you out of your pain & misery, praying for death, or trying to enjoy a walk outside, to discover that you can't get past the front door, or that you can't travel too far, or that you have to turn around & go back home. because you have to go to the bathroom or having had numerous embarrassing accidents outdoors or not being able to remember your child's age or your own or others significant memories, or not being able to smile, to look someone in the face with confidence instead of shame. or Suffering in pain with teeth that needs to be replaced or not being able to have the kind of personal life you would love because of these problems, knowing they could have and should have been prevented. Wondering if you have cancer.

(4)

I have not been back to the VA for treatment of any kind, even when its been made difficult for me to get treatment out here, because the VA means pain & suffering to me. There's no more trust or confidence in the Doctors or my care. I would & could never give them the opportunity to do this to me again. I'm not even allowed proper, stress-free treatment out here. I requested that all my medical & Dental Treatment be paid for on the outside and yet I've had to use my Ex husbands BCBS Insurance after being told I'm not entitled, therefore I believe, he should be reimbursed as well as the insurance company for any and all expenses paid out by them and of course I've paid for medical & Dental treatment as well as co-pays. Unfortunately the Fee-basis program has not worked out for me because the VA would not approve treatments. or dentist did not want to participate. or where discouraged from it