## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JANET PALMER-CARRI, | : | Civil Action No. 13-4375 (KM) |
| Plaintiff, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| DEPT. OF VETERANS AFFAIRS, | : | |
| | : | |
| Defendant. | : | |

**KEVIN MCNULTY, U.S.D.J.:**

**IT APPEARING** that Plaintiff, Janet Palmer-Carri, initiated this action by filing a Complaint in this Court on July 18, 2013 (ECF Docket No. 1); and that a Summons was issued as to the Department of Veterans Affairs on July 19, 2013 (ECF Docket No. 2); and it further

**APPEARING** that the Summons and Complaint were served upon the Department of Veterans Affairs located at 810 Vermont Avenue NW, Washington, DC 20420 on August 26, 2013; and upon the Department of Veterans Affairs Office of Regional Counsel located at 800 Poly Place, Bldg. 14, Brooklyn, NY 11209 on August 27, 2013 (ECF Docket No. 3); and on the Department of Veterans Affairs at an unknown location on November 12, 2013 (ECF Docket No. 6); and it further

**APPEARING** that Defendant, Department of Veterans Affairs has failed to appear in this Court to respond to the Complaint; and it further

**APPEARING** that Plaintiff's request for entry of default was filed on September 24, 2013 (ECF Docket No. 4); and the Clerk's Office denied the request because the Defendant had until October 25, 2013 to answer, (ECF Entry dated September 25, 2013); and it further

**APPEARING** that the Plaintiff was notified twice by letter from the United States Attorney's Office on September 30, 2013 (ECF Docket No. 5) and on December 3, 2013 (ECF Docket No. 7) that Plaintiff has not complied with Fed. R. Civ. P. 4(i); and it further

**APPEARING** that Plaintiff has failed to serve the Department of Veterans Affairs, an agency of the United States, by (1) failing to "deliver a copy of the summons and complaint to the United States attorney for the district where the action is brought" or "send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office" and (2) failing to "send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C." in accordance with the requirements set forth in Fed. R. Civ. P. 4(i);

**IT IS** on this 19th day of March 2014,

**ORDERED** that Plaintiff comply with Fed. R. Civ. P. 4(i) by (1) having a copy of the Summons and Complaint delivered to the United States Attorney for the district where the action is brought, or sending a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; and (2) sending a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and it is further

**ORDERED** that Plaintiff shall file proof of service of the Summons and Complaint by April 19, 2014; and it is further

**ORDERED** that Plaintiff's failure to effectuate service of the Summons and Complaint will result in the Court issuing an Order to Show Cause why the Court should not enter an order dismissing the Complaint with prejudice for failure to properly effectuate service of the Summons and Complaint in accordance with Fed. R. Civ. P. 4(i); and it is further

**ORDERED** the Clerk of the Court shall send a copy of this Order to the Plaintiff by regular and certified mail.

**KEVIN MCNULTY**
**United States District Judge**