UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANET PALMER-CARRI,<br><br>      Plaintiff,<br><br>v.<br><br>DEPT. OF VETERANS AFFAIRS<br><br>      Defendant. | Civil Action No. 13-4375 (KM)<br><br>**ORDER OF DISMISSSAL** |

**KEVIN MCNULTY, U.S.D.J.:**

 **IT APPEARING** that Plaintiff, Janet Palmer-Carri has not complied with the Court's Order (ECF No. 8) filed on March 19, 2014 by (1) having a copy of the Summons and Complaint delivered to the United States Attorney for the district where the action is brought, or sending a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office; and (2) sending a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.;

 **IT FURTHER APPEARING** that Plaintiff has not filed proof of service of the Summons and Complaint by April 19, 2014;

 **IT FURTHER APPEARING** that Plaintiff, Janet Palmer-Carri has not complied with the Court's Order to Show Cause (ECF No. 11) filed on May 15, 2014 in writing by June 13, 2014 why this Court should not dismiss Plaintiff's Complaint for lack of prosecution pursuant to Civil Rule 41.1;

 **IT IS** on this 20th day of June 2014,

 **ORDERED** that Plaintiff's Complaint is dismissed without prejudice for lack of prosecution.

 **ORDERED** that the Clerk of the Court close its file in this matter.

                _____
                **KEVIN MCNULTY**
                **United States District Judge**